IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 4, 2008

Charles R. Fulbruge III
Clerk

No. 07-51426
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

DANIEL HERNANDEZ-HERNANDEZ

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:07-CR-1591-ALL

Before KING, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Daniel Hernandez-Hernandez raises arguments that are foreclosed by United States v. Slaughter, 238 F.3d 580, 582-84 (5th Cir. 2000), which held that Apprendi v. New Jersey, 530 U.S. 466 (2000), did not render 21 U.S.C. § 960(b) unconstitutional on its face.  The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.